# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JERMEL MEANS,**

    Petitioner,

    V.     CASE NUMBER: **05-C-1279**

**STATE OF WISCONSIN**,

    Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Jermel Means's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED WITH PREJUDICE because petitioner is not entitled to any relief in District Court. This action is hereby DISMISSED.**

| | |
|---|---|
|   February 24, 2006 |   SOFRON B. NEDILSKY |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |